COMPLAINT by A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983.

NAME __WEAVER__ __WILLIE__ __E__
   (LAST)        (FIRST)  (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA, 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

DIRECTOR, WARDEN,
LIEUTENANT, SERGEANT,
CORRECTIONAL OFFICERS
FIRST WATCH INMATES
IN A-SECTION 209, 211, 111, 110
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. __CV 08 1093 JW (PR)__
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C. 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. Exhaustion of Administrative Remedies.
   NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)
   A. PLACE OF PRESENT CONFINEMENT __P.S.4__
   B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
   C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
   D. IF YOUR ANSWER IS YES LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE

COMPLAINT                           -1-

FILED FEB 2 2 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

APPEAL AT EACH LEVEL OR REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY. _____

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.
B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT. DIRECTOR, PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531. WARDEN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS, FIRST WATCH INMATES, IN SECTION (A) 209, 211, 111, 110

COMPLAINT                              -2-

STATEMENT OF CLAIM
State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

FROM 12 O'CLOCK A.M. 02/04/08 ALL NIGHT DEFENDANT(S) CORRECTIONAL OFFICES, INMATES, IN (A) - (B) SECTION ARE IN CONSPIRACY'S IN THE VENT, FROM PLAINTIFF NEIGHBOR 209, 211, 110, 111 WORKING WITH MEDICAL DEPRIVING PLAINTIFF OF HIS SLEEP HARRASSING, THREATING, CALLING PLAINTIFF NAMES PLAINTIFF 1, 8, 9, 14 AMENDMENT RIGHTS HAS BEEN VIOLATED DEFENDANT(S) SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF
Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

LIABILITY DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: HARRASSMENT, THREATING, CONSPIRACY U.S. CONSTITUTIONAL VIOLATION, ON 02/04/08

PUNITIVE DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS __02__ DAY OF __04__ 2008

COMPLAINT          - 3 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

RECEIVED
03 FEB -7 PM 4:
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.

CONFIDENTIAL
LEGAL MAIL

9410213661

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217
MAILED FR

RECEIVED

FEB - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLE
UNITED STATES D
COURT NORTHERN
OF CALIFORNIA
GOLDEN GATE AV
, CA.