FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1093

WILLIE WEAVER,
  Plaintiff,

vs.

DIRECTOR,
  Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO, AIR PORT  300 WEEKLY
5  _____1200 MONTHLY_____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                 Yes ___  No ✓
10         self employment
11    b.   Income from stocks, bonds,              Yes ___  No ✓
12         or royalties?
13    c.   Rent payments?                          Yes ___  No ✓
14    d.   Pensions, annuities, or                 Yes ___  No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,      Yes ___  No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                          Yes ___  No ___
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).

5  _____

6  _____

7  5.   Do you own or are you buying a home?        Yes ____  No ✓

8  Estimated Market Value: $_____  Amount of Mortgage: $_____

9  6.   Do you own an automobile?                   Yes ____  No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ____ No ✓ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.   Do you have a bank account?  Yes ____  No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s):  $ _____

17 Do you own any cash?  Yes ____  No ✓  Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____  No ✓

20 _____

21 8.   What are your monthly expenses?

22 Rent: $ _____        Utilities: _____

23 Food: $ _____        Clothing: _____

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26 _____          $ _____          $ _____

27 _____          $ _____          $ _____

28 _____          $ _____          $ _____

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

03/12/08                         Willie Weaver
DATE                             SIGNATURE OF APPLICANT

CV 08    1093



## U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

☑ 1) **Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also</u>:

☑ 2) **Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

☑ 3) **Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☑ 4) Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

Page 1 of 3                                                              Version 5/14/2007

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver  J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>10.28</u>.      (20%= $2.06)

Dated: <u>3/12/08</u>                                                  _____
                                                                             Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER  : J91389                    BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME    : WEAVER, WILLIE EUGENE        ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                                 TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE    DESCRIPTION      COMMENT     CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
----    ----    -----------      -------     ---------    --------    -----------    -------

09/01/2007      BEGINNING BALANCE                                                       0.00

11/27*DD30 CASH DEPOSIT    2318  ML101                     11.25                       11.25
11/27 W211 FEDERAL FILIN   2333  11/27                                   1.40           9.85
11/27 W214 FEDERAL FILIN   2333  11/27                                   1.40           8.45
11/27 W215 FEDERAL FILIN   2333  11/27                                   1.40           7.05
11/27 W212 FEDERAL FILIN   2333  11/27                                   1.40           5.65
11/27 W212 FEDERAL FILIN   2333  11/27                                   1.40           4.25
11/27 W212 FEDERAL FILIN   2333  11/27                                   1.40           2.85
11/27 W214 FEDERAL FILIN   2333  11/27                                   1.40           1.45
11/27 W211 FEDERAL FILIN   2333  11/27                                   1.40           0.05
12/27*DD30 CASH DEPOSIT    2711  #122                      22.50                       22.55
      ACTIVITY FOR 2008
01/03 FC10 DRAW-FAC 10     2808  B2                                     17.23           5.32
01/15 W516 LEGAL COPY CH   3013                                          2.40           2.92
02/05 W861 REVERSE LEGAL   3408/3013                                     2.40-          5.32


                             CURRENT HOLDS IN EFFECT
   DATE         HOLD
  PLACED        CODE      DESCRIPTION                    COMMENT          HOLD AMOUNT
  ------        ----      -----------                    -------          -----------
07/31/2007      H103      DAMAGES-REFUSED TO SIGN HOLD   0506   CCI              2.87
07/31/2007      H103      DAMAGES-REFUSED TO SIGN HOLD   0506   CCI              2.45
01/08/2008      H116      FEDERAL FILING FEE HOLD        2864   12/27           22.50


                            * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                              CASE NUMBER: 94F09335
COUNTY CODE: SAC                                      FINE AMOUNT: $  5,600.00

   DATE      TRANS.    DESCRIPTION                       TRANS. AMT.     BALANCE
   ----      ------    -----------                       -----------     -------

09/01/2007   BEGINNING BALANCE                                          5,318.82
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] pg 1 of 2
(TRUST OFFICE)

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT: J91389        ACCT NAME: WEAVER, WILLIE EUGENE        ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                CASE NUMBER: 94F09335
COUNTY CODE: SAC                        FINE AMOUNT: $   5,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 11/27/07 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 5,306.32 |
| 12/27/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 5,281.32 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 33.75 | 28.43 | 5.32 | 27.82 | 0.00 |

CURRENT AVAILABLE BALANCE

22.50-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ pg 2 of 2
TRUST OFFICE